33 So.2d 278

**J. R. JONES v. STATE.**

**6 Div. 488.**

Court of Appeals of Alabama.

Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

33 So.2d 278

**Kapus JONES v. STATE.**

**4 Div. 23.**

Court of Appeals of Alabama.

Nov. 18, 1947.

J. Hubert Farmer, of Dothan, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

29 So.2d 899

**Robert ap. C. JONES, pro ami. v. Edward SMOKE.**

**2 Div. 746.**

Court of Appeals of Alabama.

Oct. 31, 1946.

PER CURIAM.

Appeal dismissed, want of prosecution.

33 So.2d 278

**Dewey KELLEY v. STATE.**

**4 Div. 15.**

Court of. Appeals of Alabama.

Nov. 18, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

29 So.2d 899

**Grover KELLEY v. STATE.**

**6 Div. 329.**

Court of Appeals of Alabama.

Oct. 8, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed, motion of appellant.

35 So.2d 922

**James Edward KELLY, alias Kelley, v. STATE.**

**6 Div. 553.**

Court of Appeals of Alabama.

April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.